No. 11–7404. HUDSON *v.* DEPARTMENT OF THE TREASURY FINANCIAL MANAGEMENT SERVICE. C. A. 11th Cir. Certiorari denied.

No. 11–7406. HENDRICKS *v.* SOUTH CAROLINA DEPARTMENT OF PROBATION, PAROLE AND PARDON SERVICES. Sup. Ct. S. C. Certiorari denied.

No. 11–7407. HARRIS *v.* SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7408. GRANDE *v.* KELLY, ATTORNEY GENERAL OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–7409. FOX *v.* INSERRA, SUPERINTENDENT, MID-ORANGE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–7410. SMITH *v.* TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–7417. WEAVER *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–7421. BREWSTER *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–7429. LINDNER *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 11–7431. JAMES *v.* TOWNSLEY. C. A. 9th Cir. Certiorari denied.

No. 11–7434. KILLIAN *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 11–7435. TATUM *v.* McQUIGGIN, WARDEN. C. A. 6th Cir. Certiorari denied.

